UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

**Order Filed on August 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

NICOLE ROCHELLE SCARLETT

**Debtor**

Case No. 26-10376 (ABA)

Judge: Andrew B. Altenburg, Jr.

**ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING 180-DAY BAR ON FUTURE FILINGS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

This matter being opened by the Court upon the filing of a Motion to Vacate Dismissal Order by Debtor, Nicole Rochelle Scarlett, and opposition having been filed by Andrew B. Finberg, Chapter 13 Standing Trustee, and an Order Vacating Dismissal Order having been entered July 29, 2026, and the Debtor having failed to comply with the terms of the Order, and a Certification of Noncompliance having been filed with the Court, and for good cause shown:

**IT IS ORDERED** that Case No. 26-10376 (ABA) is hereby dismissed;

**IT IS FURTHERED ORDERED** that Debtor is hereby barred from filing a new bankruptcy petition, in any chapter, for a period of 180 days from the date of this Order;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.