UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

mCLP Asst Company Inc
Plantiff mortgage

FILED
JEANNE A. NAUGHTON, CLERK
SEP 2 5 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ______ DEPUTY

In Re:
*[Enter the debtor's name(s)]*

Nicole Scarlett
Defendent

Case No.: 26-10376
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Hearing Date: 10/6/26
*[Enter the hearing date]*

Judge: ABA
*[Enter the Judge's last name]*

**NOTICE OF MOTION TO**

*[Enter the relief sought]* Vacate Dismissal Motion to Vacate

*[Enter your name]* Nicole Scarlett has filed papers with the court to *[Enter the relief sought]* from the Dismiss of my Chapter 13 and Rein State the Stay order Sheriff Sale Oct 7 2026 2:30PM

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 10/6/26
*[Enter the date of the hearing]*

Hearing Time: 10:30 AM
*[Enter the time of the hearing]*

Hearing Location: 400 Cooper St
*[Enter the location of the hearing]*
Camden, NJ 08101

Courtroom Number: 4B
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

Robertson Anschutz Schneid Crane & Partners
130 Clinton Rd Suite 202
Att Dori Scovish

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 9-25-26
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*